Robert K. Scott, Esq., SBN 67466
Joel S. Poremba, Esq., SBN 195722
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, California 92618
Telephone: (949) 753-4950
Facsimile: (949) 753-4949

**JS-6**

Attorneys for Plaintiff,
TIMOTHY J. DREFAHL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. DREFAHL, an individual,<br><br>vs.<br><br>LLOYD'S OF LONDON SYNDICATES 4020, 0033, 4472, 5000, a corporation; GLOBAL CARE HEALTH INSURANCE, a corporation; CLEMENTS INTERNATIONAL, administrator/agent; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. EDCV 09-1158 SGL-PJW<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Stephen G. Larson<br>Department<br><br>Complaint Filed May 12, 2009 |

ORDER

1
2
3
4
5
6
7
8

# ORDER

**IT IS HEREBY ORDERED** that this action, Case No. ED CV 09-1158 SGL-PJW, is dismissed in its entirety as to all defendants, with prejudice. **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

9
10   DATED: October 2, 2009
11
12                                                      _____
13                                                      HONORABLE STEPHEN G. LARSON
                                                        UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28